UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL TRAVER, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br><br>Defendant. | Case No. CV-12-3528-SLT-VVP |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, plaintiff Daniel Traver ("Plaintiff") hereby moves for an Order that this case be maintained as a class action and certifying the Class. In support hereof, Plaintiff states as follows:

1.  This action satisfies each of the four prerequisites for class certification set forth in Fed. R. Civ. P. 23(a): (i) numerosity; (ii) commonality; (iii) typicality; and (iv) adequacy of representation.

2.  This case meets the two core requirements for certification under Fed. R. Civ. P. 23(b)(3): (i) a predominance of common questions of law or fact; and (ii) superiority of a class action as the method of adjudication.

3.  As further support, Plaintiff submits a memorandum of law, and the Declaration of Jeffrey C. Block, contemporaneously herewith.

WHEREFORE, Plaintiff respectfully request that this Court:

A. Grant Plaintiff's Motion for Class Certification Pursuant to Fed. R. Civ. P. 23;

B. Appoint plaintiff Daniel Traver as Class Representative;

C. Appoint Block & Leviton LLP as Class Counsel and Gardy & Notis LLP as Liaison Counsel; and

D. Award any other relief the Court deems just and proper.

Dated: May 3, 20123                    Respectfully Submitted,

                                       BLOCK & LEVITON LLP
                                       Jeffrey C. Block (JB-0387)
                                       Scott A. Mays (admitted *pro hac vice*)
                                       155 Federal Street, Suite 1303
                                       Boston, Massachusetts 02110
                                       (617) 398-5600

                                       **GARDY & NOTIS, LLP**
                                       Meagan A. Farmer (MF-8505)
                                       501 Fifth Avenue, Suite 1408
                                       New York, New York 10017
                                       (212) 905-0509

                                       *Counsel for the Plaintiff*

**ORDER**

This motion is respectfully referred to Magistrate Judge Pohorelsky for a report and recommendation.

So ordered:        /s/(SLT)
                   _____            10/17/13
                   U.S.D.J.

2