UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL TRAVER, on behalf of himself and all others similarly situated | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| LOWE'S HOME CENTERS, LLC, | ) ) |
| Defendant. | ) ) ) |

Case No. CV-12-3528-AMD-PK

## JOINT STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Daniel Traver, through his attorneys, and Defendant Lowe's Home Centers, LLC ("Lowe's"), through its attorneys, hereby stipulate and agree that all claims asserted against Lowe's in this action are hereby dismissed with prejudice, and all rights of appeal are waived. Each side to bear its own fees and costs.

By: /s/ Jeffrey C. Block
Jeffrey C. Block
Jacob A. Walker (*pro hac vice*)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
Jeff@blockesq.com
Jake@blockesq.com

Meagan A. Farmer
**GARDY & NOTIS, LLP**
126 East 56th Street, 8th FL
New York, NY 10022
Telephone: (212) 905-0509
Facsimile: (212) 905-0508
mfarmer@gardylaw.com
*Counsel for Plaintiff*


Dated: May 26, 2016

By: /s/ Phillip J. Eskenazi
Shawn Patrick Regan
200 Park Avenue, 52nd Floor
New York, New York 10166
(212) 309-1000
sregan@hunton.com

Phillip J. Eskenazi (*pro hac vice*)
Emily Burkhardt Vicente (*pro hac vice*)
**HUNTON & WILLIAMS LLP**
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Telephone: (213) 534-2000
Facsimile: (213) 534-2020
peskenazi@hunton.com
ebvicente@hunton.com
*Counsel for Defendant*